*McInerney, Beatrice Rosenberg* and *Murry Lee Randall* for the United States.

No. 15, Misc.  STEIN *v.* NEW YORK;
No. 16, Misc.  WISSNER *v.* NEW YORK; and
No. 24, Misc.  COOPER *v.* NEW YORK.  Court of Appeals of New York.  Certiorari granted limited to the question as to the admissibility of the confessions.  *Philip J. O'Brien* and *Philip J. O'Brien, Jr.* for Stein; *I. Maurice Wormser, J. Bertram Wegman* and *Richard J. Burke* for Wissner; and *Peter L. F. Sabbatino* and *Thomas J. Todarelli* for Cooper, petitioners.  *Burton C. Meighan* for respondent.  Reported below: 303 N. Y. 856, 982, 104 N. E. 2d 917, 106 N. E. 2d 63.

No. 52, Misc.  WELLS, ADMINISTRATRIX, *v.* SIMONDS ABRASIVE Co.  C. A. 3d Cir.  Certiorari granted limited to question No. 2 presented by the petition for the writ, *i. e.:*

"Does not the Pennsylvania Statute, as construed by the Court below, violate the Full Faith and Credit Clause of the United States Constitution?"

*Henry S. Drinker, Charles J. Biddle* and *Francis Hopkinson* for petitioner.  *Philip Price* for respondent.

No. 45.  PICKERILL ET AL. *v.* SCHOTT, DIRECTOR OF BEVERAGE DEPARTMENT.  Supreme Court of Florida.  Certiorari denied.  *Nixon Butt* and *Frank J. Wideman* for petitioners.  *Wm. Joe Sears, Jr.* and *A. H. Rothstein* for respondent.

No. 48.  ALLEN *v.* ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.  *William B. Crawford* for petitioner.